*UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT*

---

*United States of America*
*Plaintiff(s)*

*VS.* *Case No: 3:24-cv-02052-VDO*

*SDP L.L.C., d/b/a Street Diesel Performance*
*Defendant(s)*

---

## *AFFIDAVIT OF SERVICE*

*I, Christine Foran, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Summons; Complaint; Civil Cover Sheet; Notice Pursuant to Federal Rule of Civil Procedure 7.1; Order on Pretrial Dates; Electronic Filing Order; Standing Protective Order; Notice of Option to Consent to Magistrate Judge Jurisdiction; and Notice to Counsel and Self-Represented Parties in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 03/28/2025 at 06:08 PM, I served SDP L.L.C., d/b/a Street Diesel Performance at 195 Palmer Road, Chaplin, Connecticut 06235 with the Summons; Complaint; Civil Cover Sheet; Notice Pursuant to Federal Rule of Civil Procedure 7.1; Order on Pretrial Dates; Electronic Filing Order; Standing Protective Order; Notice of Option to Consent to Magistrate Judge Jurisdiction; and Notice to Counsel and Self-Represented Parties by serving Cody Langlois, Managing Agent, authorized to accept service.*

*Cody Langlois is described herein as:*

*Gender:* *Male* *Ethnicity:* *Caucasian* *Age:* *33* *Weight:* *33* *Height:* *5'11"* *Hair:* *Brown*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 03/31/2025*

*Christine Foran*

*Client Ref Number: N/A*
*Job #:12993733*