**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | Civil Action No.: |
| | ) | 3:24-CV-02052-VDO |
| | ) | |
| V. | ) | |
| | ) | |
| SDP L.L.C., D/B/A STREET DIESEL PERFORMANCE, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

**STATUS REPORT AND MOTION FOR THE CLERK TO ENTER DEFENDANT'S
DEFAULT PURSUANT TO FED. R. CIV. P. 55(A)**

The United States, on behalf of the Environmental Protection Agency, submits this Status

Report and Motion for the Clerk to Enter Defendant's Default Pursuant to Fed. R. Civ. P. 55(a),

and states as follows:

1.      On December 30, 2024, the United States filed a complaint against Defendant

SDP L.L.C., d/b/a Street Diesel Performance ("SDP").  ECF No. 1.

2.      Pursuant to Federal Rules of Civil Procedure 4(m) and 6(a)(1)(C), the deadline for

the United States to serve the Complaint on SDP was March 31, 2025.

3.      On January 22, 2025, the United States requested the Clerk to issue a summons as

to SDP, which the Clerk issued on January 23, 2025.  ECF No. 8.

4.      Pursuant to Federal Rule of Civil Procedure 4(*l*), on March 28, 2025, the United

States effected service of the Complaint via a Private Process Server by serving Cody Langlois,

Managing Agent authorized to accept service on behalf of SDP, at SDP's business address of

1

record, 195 Palmer Road, Chaplin, Connecticut 06235.  The service included the Summons,

Complaint, Civil Cover Sheet, Notice Pursuant to Federal Rule of Civil Procedure 7.1, Order on

Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, Notice of Option to

Consent to Magistrate Judge Jurisdiction, and Notice to Counsel and Self-Represented Parties.

Exhibit 1, ECF No. 10.

     5.     On April 2, 2025, the United States filed the Affidavit of Service with the Court.

Exhibit 1, ECF No. 10.

     6.     Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i) and (b), SDP's Answer

or motion asserting defenses was due on April 18, 2025.

     7.     As of the date of this filing, SDP has failed to enter a notice of appearance or file

an Answer or motion asserting defenses.

     8.     On April 21, 2025, the Court issued an order directing the United States to file

either: (1) a motion for default entry, (2) a notice of voluntary dismissal, or (3) a status report

regarding intended next steps.  ECF No. 11.

     9.     Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom

a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that

failure is shown by affidavit or otherwise, the clerk must enter the party's default."

     10.     Federal Rule of Civil Procedure 55(b)(2) provides that a party must then "apply to

the court for a default judgment."

     11.     The United States respectfully requests that the Clerk enter SDP's default on the

docket pursuant to Federal Rule of Civil Procedure 55(a).

12.     Counsel for the United States is seeking required approval from higher-level government officials to file a Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) and will file such a motion once approval is granted.

13.     If the United States has not filed a Rule 55(b)(2) motion by July 21, 2025 (sixty days from today), it will file a further status report.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice


Dated:     May 21, 2025          s/ *Alexandra B. Sherertz*
ALEXANDRA B. SHERERTZ
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Phone: (202) 598-5263
E-mail:  alexandra.sherertz@usdoj.gov

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

Dated:     May 21, 2025          s/ *Anne F. Thidemann*
ANNE F. THIDEMANN
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT28028
1000 Lafayette Boulevard, 10th Floor
Bridgeport, Connecticut 06604
(203) 696-2045 (phone)
(203) 579-5574 (fax)
Anne.Thidemann@usdoj.gov

## CERTIFICATE OF SERVICE

I, Alexandra B. Sherertz, hereby certify that I served this Status Report and Motion for the Clerk to Enter Defendant's Default Pursuant to Fed. R. Civ. P. 55(a), on SDP L.L.C. d/b/a Street Diesel Performance by sending it to its address of record, 195 Palmer Road, Chaplin, Connecticut 06235.


Dated:     May 21, 2025                   s/ *Alexandra B. Sherertz*
                                          ALEXANDRA B. SHERERTZ
                                          Senior Attorney
                                          Environmental Enforcement Section
                                          Environment and Natural Resources Division
                                          U.S. Department of Justice
                                          P.O. Box 7611, Ben Franklin Station
                                          Washington, D.C. 20044-7611
                                          Phone: (202) 598-5263
                                          E-mail:  alexandra.sherertz@usdoj.gov