# EXHIBIT 1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

United States of America
    Plaintiff(s)

VS.

Case No: 3:24-cv-02052-VDO

SDP L.L.C., d/b/a Street Diesel Performance
    Defendant(s)

## AFFIDAVIT OF SERVICE

I, Christine Foran, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Complaint; Civil Cover Sheet; Notice Pursuant to Federal Rule of Civil Procedure 7.1; Order on Pretrial Dates; Electronic Filing Order; Standing Protective Order; Notice of Option to Consent to Magistrate Judge Jurisdiction; and Notice to Counsel and Self-Represented Parties in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/28/2025 at 06:08 PM, I served SDP L.L.C., d/b/a Street Diesel Performance at 195 Palmer Road, Chaplin, Connecticut 06235 with the Summons; Complaint; Civil Cover Sheet; Notice Pursuant to Federal Rule of Civil Procedure 7.1; Order on Pretrial Dates; Electronic Filing Order; Standing Protective Order; Notice of Option to Consent to Magistrate Judge Jurisdiction; and Notice to Counsel and Self-Represented Parties by serving Cody Langlois, Managing Agent, authorized to accept service.

Cody Langlois is described herein as:

Gender: Male    Ethnicity: Caucasian    Age: 33    Weight: 33    Height: 5'11"    Hair: Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/31/2025

*Christine Foran*

Client Ref Number: N/A
Job #: 12993733