IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>SDP L.L.C., D/B/A STREET DIESEL PERFORMANCE,<br><br>DEFENDANT. | Civil Action No.:<br>3:24-CV-02052-VDO |

**MOTION FOR EXTENSION OF TIME
TO FILE A MOTION FOR DEFAULT JUDGMENT**

The United States, on behalf of the Environmental Protection Agency, in support of its Motion for Extension of Time to File a Motion for Default Judgment states as follows:

1. On December 30, 2024, the United States filed a Complaint against Defendant SDP L.L.C., d/b/a Street Diesel Performance ("SDP").  ECF No. 1.

2. Pursuant to Federal Rules of Civil Procedure 4(m) and 6(a)(1)(C), the deadline for the United States to serve the Complaint on SDP was March 31, 2025.

3. Pursuant to Federal Rule of Civil Procedure 4(*l*), on March 28, 2025, the United States effected service of the Complaint via a Private Process Server by serving Cody Langlois, Managing Agent authorized to accept service on behalf of SDP, at SDP's business address of record, 195 Palmer Road, Chaplin, Connecticut 06235.  The service included the Summons, Complaint, Civil Cover Sheet, Notice Pursuant to Federal Rule of Civil Procedure 7.1, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, Notice of Option to

Consent to Magistrate Judge Jurisdiction, and Notice to Counsel and Self-Represented Parties. ECF No. 10.

4. On April 2, 2025, the United States filed the Affidavit of Service with the Court. ECF No. 10.

5. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i) and (b), the deadline for SDP's Answer or motion asserting defenses was April 18, 2025.

6. As of the date of this filing, SDP has failed to enter a notice of appearance or file an Answer or motion asserting defenses.

7. On April 21, 2025, the Court ordered the United States to file either: (1) a motion for default entry, (2) a notice of voluntary dismissal, or (3) a status report regarding next steps by May 21, 2025. ECF No. 11.

8. On May 21, 2025, the United States filed a Status Report and Request for the Clerk to Enter Default Pursuant to Federal Rule of Civil Procedure 55(a). ECF Nos. 12 and 13. The United States stated that it intended to apply to the Court for a default judgment in accordance with Federal Rule of Civil Procedure 55(b)(2).

9. On June 9, 2025, the Clerk entered SDP's default on the Court's docket. ECF No. 14. The Court ordered the United States to file a Motion for Default Judgment pursuant to Federal Rule of Civil Procedure 55(b) by July 9, 2025, or the action will be dismissed. *Id.*

10. The United States respectfully requests a two-week extension to file the Motion for Default Judgment until July 23, 2025. The United States requests the additional time because it is seeking required approval from higher-level government officials and because of the intervening federal holiday.

Respectfully submitted,

                                                        ADAM R.F. GUSTAFSON
                                                        Acting Assistant Attorney General
                                                        Environment & Natural Resources Division
                                                        United States Department of Justice

Dated:  June 27, 2025                s/ *Alexandra B. Sherertz*
                                                        ALEXANDRA B. SHERERTZ
                                                        Senior Attorney
                                                        Environmental Enforcement Section
                                                        Environment and Natural Resources Division
                                                        U.S. Department of Justice
                                                        P.O. Box 7611, Ben Franklin Station
                                                        Washington, D.C. 20044-7611
                                                        Phone: (202) 598-5263
                                                        E-mail:  alexandra.sherertz@usdoj.gov

                                                        DAVID X. SULLIVAN
                                                        UNITED STATES ATTORNEY

Dated:  June 27, 2025                s/ *Anne F. Thidemann*
                                                        ANNE F. THIDEMANN
                                                        ASSISTANT U.S. ATTORNEY
                                                        Federal Bar No. CT28028
                                                        1000 Lafayette Boulevard, 10th Floor
                                                        Bridgeport, Connecticut 06604
                                                        (203) 696-2045 (phone)
                                                        (203) 579-5574 (fax)
                                                        Anne. Thidemann@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Alexandra B. Sherertz, hereby certify that I served this Motion for Extension of Time to File a Motion for Default Judgment on SDP L.L.C., d/b/a Street Diesel Performance by sending it to its address of record, 195 Palmer Road, Chaplin, Connecticut 06235.

Dated: June 27, 2025

                                          s/ *Alexandra B. Sherertz*
                                          ALEXANDRA B. SHERERTZ
                                          Senior Attorney
                                          Environmental Enforcement Section
                                          Environment and Natural Resources Division
                                          U.S. Department of Justice
                                          P.O. Box 7611, Ben Franklin Station
                                          Washington, D.C. 20044-7611
                                          Phone: (202) 598-5263
                                          E-mail: alexandra.sherertz@usdoj.gov